# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRIGER, | Case No. EDCV 08-1606-JEM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is dismissed with prejudice.

DATED: March 3, 2010         */s/ John E. McDermott*
                             JOHN E. MCDERMOTT
                             UNITED STATES MAGISTRATE JUDGE